**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

LIBBY WARD

    Plaintiff,

v.                                                                                  No. 05-2523-DV

COMMUNITY ELDERCARE
SERVICES, LLC,
d/b/a/  LAUDERDALE COMMUNITY
LIVING CENTER

    Defendants.

**CONSENT PROTECTIVE ORDER**

ON THIS DAY CAME on for consideration and entry, the Consent Protective Order of the parties in the above-referenced cause.  This Court is of the opinion that said Consent Protective Order should be entered, and it is, therefore:

ORDERED that in the event that any information, including videotapes or documents, which contain confidential or proprietary information, is required to be produced in this lawsuit, that such information shall be designated confidential at the time of its production or at the time it is otherwise revealed to the opposing party, by watermarking with a stamp that indicates the materials are produced pursuant to protective order, and that any information, including documents so designated shall be maintained in the possession of counsel, shall not be copied or otherwise transcribed, and shall be divulged to no person or entity except the attorneys of record, their staff, the court, the

parties, and expert witnesses.

All such documents and materials produced by Defendant to counsel for Plaintiff shall be used only in the course of the above-captioned proceedings.

It is further:

ORDERED, that within ten (10) days after final termination of this action, any party or other person subject to the terms hereof: (1) shall return to the producing party or non-party all materials and documents produced by that party and designated confidential; and shall (2) return or destroy all other material, memoranda or documents containing confidential information or embodying data concerning confidential information that has been produced by Defendant to the Plaintiff.

**By approval of this protective order, counsel for the Plaintiff agrees to be bound by the conditions of this protective order.**

This Court shall have and maintain jurisdiction over this agreement and/or any breach thereof.

SIGNED this the 12th day of January, 2006.

s/ Bernice Bouie Donald
_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

BY CONSENT, APPROVED AS TO FORM
AND SUBSTANCE:

ATTORNEYS FOR DEFENDANT:

ROSSIE, LUCKETT & RIDDER, P.C.


 s/ Lorrie K. Ridder
Lorrie K. Ridder  # 11116

1669 Kirby Parkway, Suite 106
Memphis, TN38120-4397
(901) 763-1800
(901) 767-6514 (fax)
lkridder@rlrlaw.net



ATTORNEYS FOR PLAINTIFF:

GILBERT & RUSSELL, PLC


  s/ Michael L. Russell
Justin S. Gilbert      #17079
Michael L. Russell  #20268
P.O. Box 11357
Jackson, TN  38308
(731) 664-1340
(731) 664-1540 (fax)

–3–